**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**July 17, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 07-40239

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOSE MOLINA-GONZALEZ, also known as Juan Martines,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No.1:06-CR-696
--------------------

Before HIGGINBOTHAM, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

     AFFIRMED.  *See* 5TH CIR. R. 47.6

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.